B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Northpak Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3990171** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**27840 W. Concrete Drive**<br>**Ingleside, IL**<br>ZIP Code **60041** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13      ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ■ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Northpak Company** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)  **Page 3**

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Northpak Company**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Xiaoming Wu ARDC No.** _____
Signature of Attorney for Debtor(s)

**Xiaoming Wu ARDC No. 6274335**
Printed Name of Attorney for Debtor(s)

**LEDFORD & WU**
Firm Name

**200 S. Michigan Avenue, Suite 209**
**Chicago, IL 60604-2406**

_____
Address

**Email: notice@ledfordwu.com**
**(312) 294-4400  Fax: (312) 294-4410**
Telephone Number

**September 26, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Franck Hansen** _____
Signature of Authorized Individual

**Franck Hansen**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 26, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Northpak Company** _____     Case No. _____

Debtor(s)                      Chapter    **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Becker Logistics**<br>**P.O. Box 88126**<br>**Carol Stream, IL 60188** | **Becker Logistics**<br>**P.O. Box 88126**<br>**Carol Stream, IL 60188** | **Judgment** | | **26,459.00** |
| **Carestream**<br>**150 Verona Street**<br>**Rochester, NY 14608** | **Carestream**<br>**150 Verona Street**<br>**Rochester, NY 14608** | **Goods or Services** | **Disputed** | **75,000.00** |
| **Conn's Potato Chip Co**<br>**767 Cliffwood Ave.**<br>**Zanesville, OH 43701** | **Conn's Potato Chip Co**<br>**767 Cliffwood Ave.**<br>**Zanesville, OH 43701** | **Judgment** | | **27,000.00** |
| **Envera**<br>**901 W. 11th Ave, Suite 1**<br>**Coatesville, PA 19320** | **Envera**<br>**901 W. 11th Ave, Suite 1**<br>**Coatesville, PA 19320** | **Goods or Services** | **Disputed** | **20,250.00** |
| **Evolution Packaging**<br>**2450 114th Street, Suite 290**<br>**Grand Prairie, TX 75050** | **Evolution Packaging**<br>**2450 114th Street, Suite 290**<br>**Grand Prairie, TX 75050** | **Goods or Services** | | **67,500.00** |
| **Focalpoint Marketing Group, Inc.**<br>**4001 Clearwater Rd.**<br>**Saint Cloud, MN 56301** | **Focalpoint Marketing Group, Inc.**<br>**4001 Clearwater Rd.**<br>**Saint Cloud, MN 56301** | **Judgment** | | **25,000.00** |
| **Go Fast Foods**<br>**963 Hopely Ave**<br>**Bucyrus, OH 44820** | **Go Fast Foods**<br>**963 Hopely Ave**<br>**Bucyrus, OH 44820** | **Goods or Services** | **Disputed** | **45,000.00** |
| **Home Free Treats**<br>**10 Industrial Dr. Unit 11**<br>**PO Box 491**<br>**Windham, NH 03087** | **Home Free Treats**<br>**10 Industrial Dr. Unit 11**<br>**PO Box 491**<br>**Windham, NH 03087** | **Goods or Services** | **Disputed** | **45,000.00** |
| **Internal Revenue Service**<br>**Insolvency Division**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **Internal Revenue Service**<br>**Insolvency Division**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **Taxes - Federal, State or Local** | | **907,000.00**<br><br>**(0.00 secured)** |
| **JMH International**<br>**3080 Pinebrook Rd.**<br>**Park City, UT 84098** | **JMH International**<br>**3080 Pinebrook Rd.**<br>**Park City, UT 84098** | **Goods or Services** | **Disputed** | **45,000.00** |
| **KRCMAR Corp/Alpha Cafe**<br>**5638 N. Marmora Ave.**<br>**Chicago, IL 60646** | **KRCMAR Corp/Alpha Cafe**<br>**5638 N. Marmora Ave.**<br>**Chicago, IL 60646** | **Judgment** | | **33,900.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Northpak Company**                                          Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Moltan**<br>**7125 Riverdale Bend**<br>**Memphis, TN 38125** | **Moltan**<br>**7125 Riverdale Bend**<br>**Memphis, TN 38125** | **Goods or Services** | **Disputed** | **23,925.00** |
| **Nobu Nutritional Baking**<br>**13 E. Quindel Ave.**<br>**Schaumburg, IL 60193** | **Nobu Nutritional Baking**<br>**13 E. Quindel Ave.**<br>**Schaumburg, IL 60193** | **Goods or Services** | **Disputed** | **32,500.00** |
| **Practical Process Solutions**<br>**PO Box 231**<br>**Funkstown, MD 21734** | **Practical Process Solutions**<br>**PO Box 231**<br>**Funkstown, MD 21734** | **Goods or Services** | **Disputed** | **25,000.00** |
| **Regal Health Food**<br>**International**<br>**3705 W. Grand Ave.**<br>**Chicago, IL 60661** | **Regal Health Food International**<br>**3705 W. Grand Ave.**<br>**Chicago, IL 60661** | **Goods or Services** | **Disputed** | **23,000.00** |
| **Schwebel Baking Co**<br>**PO Box 6018**<br>**Youngstown, OH 44501** | **Schwebel Baking Co**<br>**PO Box 6018**<br>**Youngstown, OH 44501** | **Goods or Services** | **Disputed** | **20,000.00** |
| **Sierra Neveda Cheese**<br>**6505 County Road 39**<br>**Willows, CA 95988** | **Sierra Neveda Cheese**<br>**6505 County Road 39**<br>**Willows, CA 95988** | **Goods or Services** | | **22,250.00** |
| **Swanson Wiper**<br>**645 Leeward Ct.**<br>**W. Oshkosh, WI 54901** | **Swanson Wiper**<br>**645 Leeward Ct.**<br>**W. Oshkosh, WI 54901** | **Goods or Services** | | **34,000.00** |
| **U.S. Nonwovens Corp**<br>**100 Emjay Blvd.**<br>**Brentwood, NY 11717** | **U.S. Nonwovens Corp**<br>**100 Emjay Blvd.**<br>**Brentwood, NY 11717** | **Goods or Services** | | **18,000.00** |
| **Yummy Earth**<br>**38 E. Ridgewood Ave. #385**<br>**Ridgewood, NJ 07450** | **Yummy Earth**<br>**38 E. Ridgewood Ave. #385**<br>**Ridgewood, NJ 07450** | **Goods or Services** | **Disputed** | **40,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 26, 2011**            Signature   **/s/ Franck Hansen**
                                                       **Franck Hansen**
                                                       **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

### Northern District of Illinois

In re   **Northpak Company**

,

Debtor

Case No. _____

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 127,420.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 907,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 779,234.18 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| | Total Assets | | 127,420.00 | | |
| | Total Liabilities | | | 1,686,234.18 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Northpak Company**                            ,      Case No. _____

                                         Debtor

Chapter                   **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Northpak Company**
_____,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|---|
| | | | Total > | **0.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Northpak Company**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | **-** | **9,420.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         **9,420.00**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Northpak Company**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Judgment against American Health Kennels** | **-** | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >            **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Northpak Company**                                          ,        Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Chevrolet Avalanche** | - | 22,000.00 |
| | | **2007 Hummer** | - | 26,000.00 |
| | | **2007 Hummer** | - | 26,000.00 |
| | | **1999 Jeep Grand Cherokee** | - | 4,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Trade tools** | - | 10,000.00 |
| 30. Inventory. | | **Used machines (see attached)** | - | 30,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          118,000.00
(Total of this page)

Total >          127,420.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

| TYPE | MAKE | MODEL # | $ | ID # |
|------|------|---------|---|------|
| BAGGER | RENNCO | 101 SF | $3,500 | 3788 |
| BOTTLE ALIGNER | Heinrich | BFR1 | $100 | 1824 |
| BUCKET ELEVATOR | ASEECO | ALS-6-CP | $525 | 3703 |
| BUCKET ELEVATOR | MEYER | PA-152-18-S | $300 | 3711 |
| BUCKET ELEVATOR | MEYER | PA-252-6-C | $750 | 3705 |
| BUCKET ELEVATOR | MEYER | PE-152-6-S | $750 | 3706 |
| CAPSULE FILLING | DOTT. | BB 6/S | $500 | 3343 |
| CARD FEEDER/Pick and | ADCO | Rotary | $2,900 | 3055 |
| CARD FEEDER/Pick and | MGS | IPP 170 | $500 | 3051 |
| CARD FEEDER/Pick and | THIELE | | $500 | 3459 |
| CARD FEEDER/Pick and | THIELE | | $500 | 3902 |
| CARTON OVERWRAPPER | SCANDIA | 232 | $40 | 1380 |
| CARTONER | ADCO | 90-BC | $9,710 | 4049 |
| CARTONER | ECONOCOR | E-SYSTEM | $700 | 4692 |
| CARTONER | ECONOCOR | E-SYSTEM | $700 | 4691 |
| CARTONER | ECONOCOR | SPARTAN | $6,500 | 4690 |
| CARTONER | LANGEN | PC-HBA | $500 | 4157 |
| CARTONER BOTTLE | FMS - SERPA | 2000 MIAL | $2,000 | 3961 |
| CASE IMPRINTER | KIWI | MDI-452 | $1,000 | 3832 |
| CASE PACKER | SALWASSER | R-101ACG - B | $100 | 3992 |
| CHECK WEIGHER | HI-SPEED | ST71-LC | $200 | 480 |
| CONVEYOR | | | $275 | 3995 |
| CONVEYOR | | | | 4150 |
| CONVEYOR | | | | 4152 |
| CONVEYOR | DORNER | 2100 | $175 | 4090 |
| CONVEYOR | Nercon | | $345 | 3998 |
| CONVEYOR | NERCON | | $175 | 4011 |
| CONVEYOR | NERCON | | | 4777 |
| CONVEYOR Accumulator | | | | 4151 |

| TYPE | MAKE | MODEL | # | ID # |
|---|---|---|---|---|
| CONVEYOR TABLE TOP | Flex-Line | Pricing on | $150 | 3735 |
| COUPON INSERTER | MINNESOT | | $500 | 2409 |
| DESICCANT FEEDER | PACE | DES3000 | $1,000 | 2048 |
| HI-SPEED SHRINK | DOBOY | Mustang IV | $2,000 | 4410 |
| HI-SPEED SHRINK | DOBOY | SUPER | $2,000 | 4411 |
| HI-SPEED SHRINK | DOBOY | SUPER | $2,000 | 4412 |
| HI-SPEED SHRINK | GREAT | TS-37 | $3,000 | 4662 |
| HI-SPEED SHRINK | WELDOTRO | 1602-D | $200 | 4299 |
| HOPPER/FEEDER | SYSTEM | FEEDER | $150 | 3729 |
| HORIZONTAL WRAPPER | FUJI | FW-340 | $500 | 3986 |
| HORIZONTAL WRAPPER | FUJI | FW-340A | $500 | 3985 |
| HORIZONTAL WRAPPER | KLOCKNER | | $300 | 3988 |
| HORIZONTAL WRAPPER | ROSE | MINERVA RF | $4,500 | 4741 |
| HORIZONTAL WRAPPER | ROSE | MINERVA RF | $4,500 | 4742 |
| IMPRINTER, HOT STAMP | NORWOOD | B-3 | $100 | 1060 |
| IMPRINTER, HOT STAMP | NORWOOD | CB-3 | $100 | 1061 |
| IMPRINTER, HOT STAMP | NORWOOD | S 24 | $100 | 1881 |
| INCLINE PRODUCT | MAC TRAC | | $3,900 | 2472 |
| LABELER | SANCOA | 1504 | $1,200 | 3733 |
| LABELER | SPOT | | $541 | 4038 |
| LABELER | WILLETT | 2300 | $670 | 4043 |
| LABELER FRONT/BACK | AVERY | | $556 | 4044 |
| LIQUID FILLER | MPC | 7 Station | $300 | 3165 |
| Net Weigh Scales | EAGLE | MONO/MICR | $500 | 4337 |
| SBF Servo Belt INFEED | DOBOY | SBF Infeed | $1,500 | 3169 |
| SEMI-AUTO L SEALER | SHANKLIN | S3-CL | $2,500 | 4397 |
| SHRINK BUNDLER | PESTER | PEWO-PACK | $3,195 | 4034 |
| SHRINK TUNNEL | ARPAC | T28-18-68 | $3,002 | 4659 |
| SHRINK TUNNEL | DOBOY | SK200 | $1,000 | 4407 |

| TYPE | MAKE | MODEL | COST | ID # |
|---|---|---|---|---|
| SHRINK TUNNEL | GREAT | HVP 12 22 60 | | 4755 |
| SHRINK TUNNEL | SHANKLIN | T-62 | $1,000 | 4409 |
| SHRINK TUNNEL | SHANKLIN | T-72 | $1,000 | 4408 |
| SHRINK TUNNEL | WELDOTRO | 7141 | $500 | 4405 |
| SHRINK TUNNEL | WELDOTRO | 7141 | $500 | 4406 |
| SHRINK TUNNEL | WELDOTRO | 7312 | $500 | 4026 |
| SHRINK TUNNEL | WELDOTRO | 7312 | $500 | 4027 |
| TANK | Unknown | Poly | $35 | 1822 |
| TENSION TESTER | INSTRON | 1130 | $440 | 3164 |
| TRAY DENESTER | FEMC | 1020-227 | $100 | 3746 |
| TRAY SEALER | AUTOPROD | MODEL | $4,000 | 3957 |
| TRAY SEALER | FEMC | 8300 DUAL | $20,000 | 3721 |
| VERTICAL FORM FILL | Hayssen | ULTIMA® | $7,000 | 4617 |
| VERTICAL FORM FILL | ROVEMA | V180 | $5,900 | 3602 |
| VERTICAL FORM FILL | WRIGHT | MONO/MICR | $500 | 2713 |
| VIBRATORY FEEDER | ERIEZ | VIBRATORY | $150 | 3702 |
| VIBRATORY TRANSFER | Hi Vi, Eriez | | $230 | 2590 |
| VOLUMETRIC CUP | SPEE DEE | CTE | $177 | 4085 |
| WATER TESTER | ZYMARK | AT 6-6 Auto | $500 | 2157 |

Cost Total   **$116,741**

B6D (Official Form 6D) (12/07)

In re   **Northpak Company**                                    ,   Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xx-xxx0171** | | | | | 2001, 2003-06 | | | | | |
| **Internal Revenue Service Insolvency Division PO Box 7346 Philadelphia, PA 19101-7346** | - | | | | Tax Lien Taxes - Federal, State or Local | | | | | |
| | | | | | Value $                    0.00 | | | | 907,000.00 | 907,000.00 |
| Account No. | | | | | | | | | | |
| **Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604** | | | | | Representing: **Internal Revenue Service** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__ continuation sheets attached

|  | Subtotal (Total of this page) | 907,000.00 | 907,000.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 907,000.00 | 907,000.00 |

B6E (Official Form 6E) (4/10)

In re    **Northpak Company**                                                    Case No. _____
                                                    ,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**   continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Northpak Company**                                                          Case No. _____

                                                                        ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | **Goods or Services** | | | | |
| **ABF Freight System, Inc.** **P.O. Box 778** **Duncansville, PA 16635-0778** | | | | | | | | **1,131.11** |
| Account No. | | | | **Goods or Services** | | | | |
| **Adco** **2170 Academy Avenue** **Sanger, CA 93657** | | | | | | | | **107.03** |
| Account No. | | - | | **Goods or Services** | | | | |
| **Air Sea Transport, Inc.** **821 Busse Rd.** **Elk Grove Village, IL 60007** | | | | | | | | **881.36** |
| Account No. | | - | | **Notice Only** | | | | |
| **American Health Kennels** **4351 N.E. 11th Ave.** **Pompano Beach, FL 33064** | | | | | | | | **0.00** |

|  |  |
|---|---|
| __19__ continuation sheets attached | Subtotal (Total of this page)   **2,119.50** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Northpak Company**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kennedy, Pierce & Strachan, LLP**<br>**668 N. Western Ave.**<br>**Lake Forest, IL 60045** | | | **Representing:**<br>**American Health Kennels** | | | | **Notice Only** |
| Account No.<br><br>**American Kitchen Delights**<br>**15320 Cooper Ave.**<br>**Harvey, IL 60426** | - | | **Judgment** | | | | **14,800.00** |
| Account No.<br><br>**Roger H. Simon**<br>**One Rotary Center**<br>**1560 Sherman Ave., Suite 301**<br>**Evanston, IL 60201** | | | **Representing:**<br>**American Kitchen Delights** | | | | **Notice Only** |
| Account No.<br><br>**Ammeraal Beltech, Inc.**<br>**7501 N. St. Louis Avenue**<br>**Skokie, IL 60076** | - | | **Goods or Services** | | | | **1,187.75** |
| Account No.<br><br>**Arpac LP**<br>**9511 West River Street**<br>**Schiller Park, IL 60176-1019** | - | | **Goods or Services** | | | | **283.26** |

Sheet no. __1__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,271.01**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Northpak Company**                                    ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **Goods or Services** | | | | |
| **B.D. Briggs, Inc** 31 Richboynton Rd Dover, NJ 07801 | | - | | | | | | 250.00 |
| Account No. | | | | **Goods or Services** | | | | |
| **BDI** 8000 Hub Parkway Cleveland, OH 44125 | | - | | | | | | 1,685.22 |
| Account No. | | | | **Goods or Services** | | | | |
| **Becker Logistics** P.O. Box 88126 Carol Stream, IL 60188-0126 | | - | | | | | | 3,000.00 |
| Account No. | | | | **Judgment** | | | | |
| **Becker Logistics** P.O. Box 88126 Carol Stream, IL 60188 | | - | | | | | | 26,459.00 |
| Account No. | | | | **Representing:** **Becker Logistics** | | | | |
| **Edgerton & Edgerton** 125 Wood St. P.O. Box 218 West Chicago, IL 60186-0218 | | | | | | | | **Notice Only** |

Sheet no. __2__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,394.22

B6F (Official Form 6F) (12/07) - Cont.

In re  **Northpak Company**                                                    ,        Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**BK Kremer, Inc.**<br>**1019 Valewood Road**<br>**Bartlett, IL 60103** | | - | **Goods or Services** | | | | 805.00 |
| Account No.<br><br>**Bohren's Moving & Storage Inc.**<br>**161 S.W. Port St. Lucie Blvd.**<br>**Port Saint Lucie, FL 34984-5081** | | - | **Goods or Services** | | | | 456.75 |
| Account No.<br><br>**Bradford Soap Works, Inc**<br>**PO Box 1007**<br>**West Warwick, RI 02893** | | - | **Goods or Services** | | | | 750.00 |
| Account No.<br><br>**BTE, Inc.**<br>**1240 Industrial Park Road**<br>**Columbia, TN 38401** | | - | **Goods or Services** | | | | 11,420.00 |
| Account No.<br><br>**C. H. Robinson Worldwide Inc**<br>**P. O. Box 9121**<br>**Minneapolis, MN 55480-9121** | | - | **Goods or Services** | | | | 1,175.00 |

Sheet no. __3__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,606.75

B6F (Official Form 6F) (12/07) - Cont.

In re   **Northpak Company**                              , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Goods or Services | | | | |
| Campbell Wrapper Corp. 1415 Fortnue Ave. De Pere, WI 54115 | | | | | | | | | 1,297.64 |
| Account No. | | | - | | Goods or Services | | | X | |
| Carestream 150 Verona Street Rochester, NY 14608 | | | | | | | | | 75,000.00 |
| Account No. | | | - | | Goods or Services | | | | |
| Champagne Logistics 323 Park Knoll Dr. Morrisville, NC 27560 | | | | | | | | | 2,600.00 |
| Account No. | | | - | | Goods or Services | | | | |
| Chicago Suburban Express P.O. Box 388568 Chicago, IL 60638 | | | | | | | | | 117.36 |
| Account No. | | | - | | Goods or Services | | | | |
| ComEd P.O.Box 6111 Carol Stream, IL 60197-6111 | | | | | | | | | 980.23 |

Sheet no. __4___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

79,995.23

B6F (Official Form 6F) (12/07) - Cont.

In re   **Northpak Company** ,   Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668** | | | | **Representing:**<br>**ComEd** | | | | **Notice Only** |
| Account No. <br><br>**Command Transportation, LLC**<br>**2633 Paysphere Circle**<br>**Chicago, IL 60674** | - | | | **Goods or Services** | | | | **1,600.00** |
| Account No. <br><br>**Conn's Potato Chip Co**<br>**767 Cliffwood Ave.**<br>**Zanesville, OH 43701** | - | | | **Judgment** | | | | **27,000.00** |
| Account No. <br><br>**Robin L. Jindra**<br>**33 S. James Rd., Third Fl.**<br>**Columbus, OH 43213** | | | | **Representing:**<br>**Conn's Potato Chip Co** | | | | **Notice Only** |
| Account No. <br><br>**D & L Midwest Inc.**<br>**P.O. Box 256**<br>**Ringwood, IL 60072** | - | | | **Goods or Services** | | | | **440.00** |

Sheet no. __5__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **29,040.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Northpak Company**    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods or Services | | | | |
| Demar Logistics, Inc.<br>P.O. Box 88057<br>Carol Stream, IL 60188-8057 | | - | | | | | | 750.00 |
| Account No. | | | | Goods or Services | | | | |
| Duro-Chrome Industries, Inc.<br>275 Industrial Drive<br>Wauconda, IL 60084 | | - | | | | | | 221.19 |
| Account No. | | | | Goods or Services | | | | |
| Electrical South<br>P.O. Box 900013<br>Raleigh, NC 27675-9013 | | - | | | | | | 1,647.20 |
| Account No. | | | | Goods or Services | | | | |
| Emedco<br>39209 Treasury Center<br>Chicago, IL 60694-9200 | | - | | | | | | 343.19 |
| Account No. | | | | Goods or Services | | | | |
| Englewood Electrical Supply Co.<br>41 N. Lively Blvd.<br>Elk Grove Village, IL 60007 | | - | | | | | | 318.95 |

Sheet no. __6__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,280.53

B6F (Official Form 6F) (12/07) - Cont.

In re    **Northpak Company**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods or Services | | | | |
| Envera 901 W. 11th Ave, Suite 1 Coatesville, PA 19320 | | - | | | | | X | |
| | | | | | | | | 20,250.00 |
| Account No. | | | | Goods or Services | | | | |
| Equipment Depot of Illinois Department 6059 Carol Stream, IL 60122-6059 | | - | | | | | | |
| | | | | | | | | 237.43 |
| Account No. | | | | Goods or Services | | | | |
| Evolution Packaging 2450 114th Street, Suite 290 Grand Prairie, TX 75050 | | - | | | | | | |
| | | | | | | | | 67,500.00 |
| Account No. | | | | Notice Only | | | | |
| F & F LABORATORIES, INC. ATTN: BERNARD FOX 1360 N LAKE SHORE DR, UNIT 2209 CHICAGO, IL 60610 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Goods or Services | | | | |
| Five Star Freight Services 39 Darras Court Brampton, Ontario L6T 1W7 Canada | | - | | | | | | |
| | | | | | | | | 1,187.00 |

Sheet no. __7___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

89,174.43

B6F (Official Form 6F) (12/07) - Cont.

In re    **Northpak Company**                                    ,    Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Judgment | | | | |
| Focalpoint Marketing Group, Inc. 4001 Clearwater Rd. Saint Cloud, MN 56301 | - | | | | | | | 25,000.00 |
| Account No. | | | | Representing: Focalpoint Marketing Group, Inc. | | | | |
| Dressler Peters LLC 111 W. Washington St., Suite 1900 Chicago, IL 60602 | | | | | | | | Notice Only |
| Account No. | | | | Goods or Services | | | | |
| Formost Fuji Corporation P.O. Box 359 Woodinville, WA 98072-0359 | - | | | | | | | 61.78 |
| Account No. | | | | Goods or Services | | | | |
| Geiger Tool & Mfg. Co. 50 Liberty Street Passaic, NJ 07055 | - | | | | | | | 1,020.19 |
| Account No. | | | | Goods or Services | | | | |
| Go Fast Foods 963 Hopely Ave Bucyrus, OH 44820 | - | | | | | | X | 45,000.00 |

Sheet no. __8__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **71,081.97**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Northpak Company**
_____,     Case No. _____
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Go To Logistics, Inc.**<br>**1215 Dunamon Dr.**<br>**Bartlett, IL 60103** | - | | | Goods or Services | | | | **700.00** |
| Account No.<br><br>**Heat and Control, Inc.**<br>**21121 Cabot Blvd.**<br>**Hayward, CA 94545-1132** | - | | | Goods or Services | | | | **7,399.25** |
| Account No.<br><br>**Home Free Treats**<br>**10 Industrial Dr. Unit 11**<br>**PO Box 491**<br>**Windham, NH 03087** | - | | | Goods or Services | | | X | **45,000.00** |
| Account No.<br><br>**Roger H. Simon**<br>**One Rotary Center**<br>**1560 Sherman Ave., Suite 301**<br>**Evanston, IL 60201** | | | | Representing:<br>Home Free Treats | | | | **Notice Only** |
| Account No.<br><br>**Intermark Transport**<br>**P.O. Box 6898**<br>**Libertyville, IL 60048** | - | | | Goods or Services | | | | **4,594.57** |

Sheet no. __9___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**57,693.82**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Northpak Company**                                      , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Goods or Services | | | | |
| J & D Lift Truck, Inc. P.O. Box 605 Antioch, IL 60002 | - | | | | | | | 137.75 |
| Account No. | | | | Goods or Services | | | | |
| JMH International 3080 Pinebrook Rd. Park City, UT 84098 | - | | | | | | X | 45,000.00 |
| Account No. | | | | Representing: JMH International | | | | |
| Foley & Lardner LLP 321 N. Clart Street, Suite 2800 Chicago, IL 60654-5313 | | | | | | | | Notice Only |
| Account No. | | | | Goods or Services | | | | |
| Keystone Industries P.O. Box 684 Winder, GA 30680 | - | | | | | | | 465.59 |
| Account No. | | | | Judgment | | | | |
| KRCMAR Corp/Alpha Cafe 5638 N. Marmora Ave. Chicago, IL 60646 | - | | | | | | | 33,900.00 |

Sheet no. __10__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**79,503.34**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Northpak Company**                                    ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Christopher Koczwara**<br>**5832 S. Archer Ave.**<br>**Chicago, IL 60638** | | | | | **Representing:**<br>**KRCMAR Corp/Alpha Cafe** | | | | **Notice Only** |
| Account No.<br><br>**McMaster-Carr Supply Co.**<br>**600 County Line Road**<br>**Elmhurst, IL 60126-2081** | - | | | | **Goods or Services** | | | | **840.79** |
| Account No.<br><br>**Moltan**<br>**7125 Riverdale Bend**<br>**Memphis, TN 38125** | - | | | | **Goods or Services** | | | X | **23,925.00** |
| Account No.<br><br>**McMahan & Sigunick, Ltd.**<br>**412 S Wells St., Suite 6th Fl.**<br>**Chicago, IL 60607** | | | | | **Representing:**<br>**Moltan** | | | | **Notice Only** |
| Account No.<br><br>**Motion Industries, Inc.**<br>**P. O. Box 98412**<br>**Chicago, IL 60693** | - | | | | **Goods or Services** | | | | **378.10** |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **25,143.89**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Northpak Company**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods or Services | | | | |
| **Newark InOne** **P.O. Box 94151** **Palatine, IL 60094-4151** | | - | | | | | 1,303.90 |
| Account No. | | | Utility | | | | |
| **Nicor Gas** **P.O. Box 416** **Aurora, IL 60568** | | - | | | | | 999.31 |
| Account No. | | | Representing: Nicor Gas | | | | Notice Only |
| **Nicor Gas** **Attn: Bankruptcy Department** **PO Box 190** **Aurora, IL 60507** | | | | | | | |
| Account No. | | | Goods or Services | | | | |
| **Nobu Nutritional Baking** **13 E. Quindel Ave.** **Schaumburg, IL 60193** | | - | | | | X | 32,500.00 |
| Account No. | | | Representing: Nobu Nutritional Baking | | | | Notice Only |
| **Ray & Glick, Ltd.** **P.O. Box 400** **Libertyville, IL 60048** | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __12__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 34,803.21 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Northpak Company**                                  ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods or Services | | | | |
| Olsen's Packaging & Parts Inc 300 Bryant Lane Woodbury, TN 37190 | - | | | | | | | 1,216.00 |
| Account No. | | | | Goods or Services | | | | |
| Pathfinder Logistics, Inc. P.O. Box 55250 Portland, OR 97238-5250 | - | | | | | | | 1,970.00 |
| Account No. | | | | Goods or Services | | | | |
| PJKAT Logistics 15755 S. Springfield Markham, IL 60428 | - | | | | | | | 1,300.00 |
| Account No. | | | | Goods or Services | | | | |
| Practical Process Solutions PO Box 231 Funkstown, MD 21734 | - | | | | | | X | 25,000.00 |
| Account No. | | | | Goods or Services | | | | |
| Regal Health Food International 3705 W. Grand Ave. Chicago, IL 60661 | - | | | | | | X | 23,000.00 |

Sheet no. __13__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **52,486.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Northpak Company**                                          ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| James M. Murray 816 Derbyshire Ln. Prospect Heights, IL 60070 | | | Representing: Regal Health Food International | | | | Notice Only |
| Account No. | | | Notice Only | | | | |
| Schenker 1333 Mt. Prospect Rd. Des Plaines, IL 60018 | | - | | | | | 0.00 |
| Account No. | | | Goods or Services | | | | |
| Schneider Corp. P.O. Box 224 Lake Villa, IL 60046 | | - | | | | | 300.00 |
| Account No. | | | Goods or Services | | | | |
| Schwebel Baking Co PO Box 6018 Youngstown, OH 44501 | | - | | | | X | 20,000.00 |
| Account No. | | | Representing: Schwebel Baking Co | | | | |
| Schwebel Baking Company 965 E. Midlothian Blvd. Youngstown, OH 44501 | | | | | | | Notice Only |

Sheet no. __14__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          20,300.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Northpak Company**
_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Sierra Neveda Cheese**<br>**6505 County Road 39**<br>**Willows, CA 95988** | | - | | **Goods or Services** | | | | 22,250.00 |
| Account No.<br><br>**Sirius Machinery, Inc.**<br>**230 Industrial Parkway**<br>**Branchburg, NJ 08876** | | - | | **Goods or Services** | | | | 398.90 |
| Account No.<br><br>**SPECTRUM BRANDS, INC.**<br>**C/O C T CORPORATION SYSTEM**<br>**208 SO LASALLE ST, SUITE 814**<br>**CHICAGO, IL 60604** | | - | | **Goods or Services** | | | | 17,000.00 |
| Account No.<br><br>**Sterling Transport**<br>**Mitchell Machinery Moving Inc.**<br>**P. O. Box 1914**<br>**North Massapequa, NY 11758** | | - | | **Goods or Services** | | | | 750.00 |
| Account No.<br><br>**Stork-Texwrap**<br>**P.O. Box 185**<br>**Washington, MO 63090** | | - | | **Goods or Services** | | | | 2,329.17 |

Sheet no. __15__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    42,728.07

B6F (Official Form 6F) (12/07) - Cont.

In re   **Northpak Company**                                          Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods or Services | | | | |
| **Sureway Transportation Company NW 7130 P.O. Box 1450 Minneapolis, MN 55485-7130** | - | | | | | | | 0.45 |
| Account No. | | | | Goods or Services | | | | |
| **SW Form Seal 4323 South Drive Houston, TX 77053** | - | | | | | | | 1,905.49 |
| Account No. | | | | Goods or Services | | | | |
| **Swanson Wiper 645 Leeward Ct. W. Oshkosh, WI 54901** | - | | | | | | | 34,000.00 |
| Account No. | | | | Goods or Services | | | | |
| **TCF Logistics 633 Division Street Elizabeth, NJ 07201** | - | | | | | | | 588.00 |
| Account No. | | | | Goods or Services | | | | |
| **The Plitt Company Dept 20-1108 PO Box 5940 Carol Stream, IL 60197-5940** | - | | | | | | | 488.16 |

Sheet no. __16__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   36,982.10

B6F (Official Form 6F) (12/07) - Cont.

In re    **Northpak Company**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods or Services | | | | |
| **Thiele Technologies, Inc.** **315 27th Ave NE** **Minneapolis, MN 55418** | | - | | | | | 396.66 |
| Account No. | | | Goods or Services | | | | |
| **Towne Club Bottling** **6400 East Mile 8 Road** **Detroit, MI 48234** | | - | | | | | 13,000.00 |
| Account No. | | | Notice Only | | | | |
| **TransUnited Brokerage** **705 N. Colonial Dr.** **Hobart, IN 46342** | | - | | | | | 0.00 |
| Account No. | | | Representing: TransUnited Brokerage | | | | Notice Only |
| **William T. Fleming** **P.O. Box 125** **Hobart, IN 46342** | | | | | | | |
| Account No. | | | Goods or Services | | | | |
| **U.S. Nonwovens Corp** **100 Emjay Blvd.** **Brentwood, NY 11717** | | - | | | | | 18,000.00 |

| | | |
|---|---|---|
| Sheet no. __17__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 31,396.66 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Northpak Company**                                                    ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods or Services | | | | |
| **UPS** **UPS Lock Box 577** **Carol Stream, IL 60132-0577** | | - | | | | | 10.00 |
| Account No. | | | Goods or Services | | | | |
| **USF Holland** **27052 Network Pl** **Chicago, IL 60673-1270** | | - | | | | | 216.89 |
| Account No. | | | Goods or Services | | | | |
| **Waukegan Steel Sales** **1201 Belvedere Street** **Waukegan, IL 60085** | | - | | | | | 1,179.36 |
| Account No. | | | Goods or Services | | | | |
| **WDS, Inc.** **300 Townpark Drive, Suite 150** **Kennesaw, GA 30144** | | - | | | | | 3,735.00 |
| Account No. | | | Goods or Services | | | | |
| **Winters Automation** **127 Terra Firma Ln.** **Volo, IL 60020** | | - | | | | | 14,277.76 |

Sheet no. __18__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 19,419.01 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Northpak Company**                                                    ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods or Services | | | | |
| Yamato 6306 W. Eastwood Ct. Mequon, WI 53092 | | - | | | | | 110.95 |
| Account No. | | | Goods or Services | | | | |
| Yummy Earth 38 E. Ridgewood Ave. #385 Ridgewood, NJ 07450 | | - | | | | X | 40,000.00 |
| Account No. | | | Representing: Yummy Earth | | | | Notice Only |
| Teller Levit & Silvertrust PC 11 East Adams St., Suite 800 Chicago, IL 60603 | | | | | | | |
| Account No. | | | Service | | | | |
| Zacherl, O'Malley & Endejan, S.C. P.O. Box 1424 Fond Du Lac, WI 54936-1424 | | - | | | | | 1,115.00 |
| Account No. | | | Goods or Services | | | | |
| Zap Enterprises 48 Bristol Ave. Rochester, NY 14617 | | - | | | | | 588.49 |

Sheet no. __19__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 41,814.44 |
| Total (Report on Summary of Schedules) | 779,234.18 |

B6G (Official Form 6G) (12/07)

.

In re   **Northpak Company**                                          ,   Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Northpak Company**                                          ,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Northpak Company**                                          Case No. _____

                                          Debtor(s)         Chapter   **11**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**33**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September 26, 2011**                        Signature   **/s/ Franck Hansen**

                                                      **Franck Hansen**
                                                      **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Northpak Company**

                                          Debtor(s)

Case No.

Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$930,217.00** | **2011 YTD: Business Income** |
| **$926,859.00** | **2010: Business Income** |
| **$1,179,376.00** | **2009: Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Aaron Thomac Company, Inc. v. Northpak Company, Case No. 08 AR 1270 | **Contract** | **Circuit Court of Lake County** | **Judgment for plaintiff** |
| Air Sea Transport (Chicago), Inc. v. Northpak Company | **Contract** | **Circuit Court of Lake County** | **Pending** |
| Northpak Company v. American Health Kennels, Inc. Case No. 08 AR 1305 | **Contract** | **Circuit Court of Lake County** | **Judgment for plaintiff** |
| American Kitchen Delights, Inc. v. Northpak Company, Case No. 08 M6 5077 | **Contract** | **Circuit Court of Cook County** | **Judgment for plaintiff** |
| Becker Logistics Inc. v. Northpak Company, Case No. 09 AR 0846 | **Contract** | **Circuit Court of DuPage County** | **Judgment for plaintiff** |
| Cavanaugh Company v. Northpack Company, Case No. 09 SC 5918 | **Contract** | **Circuit Court of Lake County** | **Settled** |
| Conn's Potato Chip Co., Inc. v. Northpack Company, Case No. CH2010-0211 | **Contract** | **Court of Commons Pleas, Muskingum County, Zanesville, OH** | **Judgment for plaintiff** |
| Go Fast, LLC v. Northpack Company, Case No. | **Contract** | **U.S. District Court for the Northern District of Ohio** | **Judgment for plaintiff** |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Homefree, LLC v. Northpack Company, Case No. 10 L 1203 | Contract | Circuit Court of Lake County | Pending |
| Impress Communications, Inc. v. Northpack Company, Case No. 09 L 1096 | Contract | Circuit Court of Lake County | Settled |
| KRCMAR Corporation v. Northpak Company, Case No. 09 CH 13267 | Contract | Circuit Court of Cook County | Judgment for plaintiff |
| Moltan Company LP v. Northpak Company, Case No. 10 AR 1178 | Contract | Circuit Court of Lake County | Judgment for plaintiff |
| Multi-Pack, LLC v. Northpak Company, Case No. 10 AR 1009 | Contract | Circuit Court of Lake County | Settled |
| Nobu Nutritional Baking v. Northpak Company et al., Case No. 10 AR 2398 | Contract | Circuit Court of Lake County | |
| JMH International LLC v. Northpak Company, Case No. 10 L 914 | Contract | Circuit Court of Lake County | Pending |
| Passion Transportation, Inc. v. Northpak Company, Case No. 2009 M6 001528 | Contract | Circuit Court of Cook County | Settled |
| Plitt Washington, Inc. v. Northpak Company, Case No. 2008 L 007tw7 | Contract | Circuit Court of Cook County | Settled |
| Regal Health Foods, International, Inc. v. Northpak Company, Case No. 2009 L 005726 | Contract | Circuit Court of Cook County | Pending |
| Schwebel Baking Company v. Northpak Company, Case No. | Contract | Circuit Court of Lake County | Pending |
| Trans-United Brokerage, Inc. v. Northpak Company, Case No. 11 SC 481 | Contract | Circuit Court of Lake County | Settled |
| Yummy Earth Inc. v. Northpak Company, et al., Case No. 10 L 8743 | Contract | Circuit Court of Cook County | Pending |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LEDFORD & WU** <br> **200 S. Michigan Avenue, Suite 209** <br> **Chicago, IL 60604-2406** | **9/2011** | **$30,000.00** |

### 10. Other transfers

None
■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Chase Bank**<br>**PO Box 260161**<br>**Baton Rouge, LA 70826-0161** | **Checking** | **$1,350.  8/15/2011** |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Northpak Company** | 363990171 | **27840 Concrete Drive Ingleside, IL 60041** | **Reconditioning of used equipment** | **12/7/1994 - present** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Nicholas Burke Group Ltd.**<br>**13 E. Grand Ave.**<br>**Fox Lake, IL 60020** | **2010 - present** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Nicholas Burke Group Ltd.** | **13 E. Grand Ave.**<br>**Fox Lake, IL 60020** |

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Franck Hansen**<br>**27840 Concrete Dr.**<br>**Ingleside, IL 60041** | **President** | **100%** |
| **Cassie Peters**<br>**27840 Concrete Drive**<br>**Ingleside, IL 60041** | **Vice-President & Secretary** | **N/A** |

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ☐    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **American Systems, Inc.** | **363990171** |

---

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **September 26, 2011**                    Signature   **/s/ Franck Hansen**

**Franck Hansen**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Northpak Company** _____   Case No. _____
                                                   Debtor(s)      Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept | $ **30,300.00** |
| Prior to the filing of this statement I have received | $ **30,300.00** |
| Balance Due | $ **0.00** |

2.    $  **1,039.00**  of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☒ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

5.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
      **The fee disclosed above is a retainer only.  Any fee earned in excess of the retainer shall be billed at the attorney's hourly rate, subject to court approval**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Conversion**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____        _____
                                       **Xiaoming Wu ARDC No. 6274335**
                                       **LEDFORD & WU**
                                       **200 S. Michigan Avenue, Suite 209**
                                       **Chicago, IL 60604-2406**
                                       **(312) 294-4400  Fax: (312) 294-4410**
                                       **notice@ledfordwu.com**

---

# LEDFORD & WU

200 S. Michigan Ave., Suite 209, Chicago, IL 60604
(312)294-4405  Fax: (312)294-4410

## ATTORNEY RETENTION CONTRACT

<table>
<tr><td>FOR OFFICE USE</td></tr>
<tr><td>Client No. 22037</td></tr>
<tr><td>Responsible attorney: _xwu_</td></tr>
</table>

1. **Parties.** In this contract, "Client" means the undersigned, both individually and jointly; "Attorney" means the law firm of Ledford & Wu and its staff attorneys. This contract shall supersede any prior contracts and agreements between the parties to the extent of inconsistency.

2. **Services:** Client retains Attorney for the following services:
❑ Chapter 7 (liquidation)  ❑ Chapter 13 (debt adjustment)  ☒Chapter 11 (reorganization)  ❑ Other (specify): _____

3. **Scope of Representation:**
(a) Attorney will counsel and represent Client in all aspects of the above matter(s) for the fee specified in Paragraph 4 EXCEPT: (1) adversary proceedings; (2) § 722 redemption; (3) judicial lien avoidance; (4) post-discharge litigation; (5) appeals; (6) other: _____
(b) Attorney may agree, but is not obligated, to represent Client in the above excluded matters for an additional fee, to be agreed upon separately by the parties.

4. **Fees:**
❑ Chapter 7:  $_____ PLUS $299 filing fee (court cost)
❑ Chapter 13: $_____ PLUS $274 filing fee (court cost) (an additional Model Retention Agreement may apply)
☒ Chapter 11 or ❑ Other (specify: _____): $ 30,000    PLUS $ 1,039    filing fee (court cost)
☒ Expenses: $ _TBD_ (merged credit report, credit counseling, debtor education, postage and copying)
TOTAL: $ 30,000 + FF less retainer received: $_____ Fee balance: $_____ To be paid by: _____
The legal fee is an ☒ advance payment retainer  ❑ security retainer  ❑ classic retainer. Attorney is unable to represent Client without receiving an advance payment retainer since a security retainer will be within the reach of Client's creditors. Attorney's fees are billed at the rate of $300-$350/hour for senior partners, $250/hour for junior partners and associates, and $90/hour for law clerks. The filing fee and expenses are subject to change at any time. The billing rates are subject to an annual review and potential increase every calendar year.
The legal fee covers the initial consultation and all subsequent work. The case may be closed if the fees are not paid by the deadline. Additional legal fees and court costs may apply, and a separate contract may be required, in the event of extended evidentiary hearings, conversion from one chapter to another, amending a petition, list, schedule or statement post-filing not due to Attorney's fault, attending additional creditors' meetings, reopening of a closed case, unnecessary work caused by Client's delay, or any other fact not known to Attorney in writing at the time of the initial consultation that complicates the case. NSF checks will be assessed a $20 fee.

5. **Initial Consultation.** Client acknowledges that Attorney has explained the following (please initial):
_____ The options of Chapter 7, Chapter 11 and Chapter 13 and that Client has made the choice identified in Paragraph 2
_____ The concepts of exemption, discharge and dischargeability, and pre-filing and post-filing procedures
_____ The difference among various types of retainer and that Client has made the choice identified in Paragraph 4
_____ *TIME IS OF THE ESSENCE. Any delay on Client's part may disqualify Client for the type of relief elected or otherwise adversely affect Client's case. Attorney may not be able to file the case, or take other necessary actions, until all requested documents and/or information, including but not limited to a certificate of credit counseling, are received by Attorney*
_____ Other (specify): _____
Client understands that the advice given during the initial consultation is preliminary and based on the information available at the time, and may change as the case is further analyzed, more facts discovered, or Client's circumstances or the law changed.

6. **Client's Duties.** Client agrees, during the course of representation, to:
(a) provide Attorney with full, accurate and timely information, financial and otherwise;
(b) follow Attorney's procedures and cooperate with Attorney in providing requested documents;
(c) promptly inform Attorney of any change of address, phone number, e-mail address or employment, or activation of military duty;
(d) inform Attorney before buying, selling, refinancing or transferring any real property in which Client has any interest, and before incurring any new debt, including but not limited to applying for an auto loan, personal loan, payday loan or title loan, applying for a credit card or line of credit, or using an existing credit card or line of credit; and
(e) promptly inform Attorney if Client becomes entitled to an inheritance, an asset as a result of a property settlement agreement with Client's spouse or a divorce decree, life insurance proceeds, or a monetary judgment, award or settlement.

7. **Co-counsel.** Client understands that more than one attorney may work on this case. Where necessary, Client agrees to employ one or more of the following outside counsel, at Attorney's expense, to work on this case: Alexandra B. Lewycky, Kathleen W. Vaught, Christina M. L. Lass, Kelly M. Johnson, Wayne J. Skelton, Arturo P. Gonzalez, David L. Davitt, Gary C. Flanders, David Hall Carter, and _____.

8. **Termination.** Client may discharge Attorney at any time, subject to payment of any fee owed for the services already rendered. Attorney may terminate the representation as permitted by the Illinois Rules of Professional Conduct and Local Bankruptcy Rules. Any flat fee for a bankruptcy case is advance payment for future services, becomes Attorney's property upon receipt, and is nonrefundable upon filing of the petition. In the event the representation is terminated by either party before filing and Client has paid Attorney more than $300, Attorney will provide Client with a detailed itemization of the services rendered in support of any fee charged at the rate set forth in Paragraph 4, Client will reimburse Attorney for any expenses, including those that otherwise would be free of charge, and Client authorizes Attorney to apply the filing fee and any payment for expenses that have not been incurred towards the attorney's fee, subject to the requirements set forth herein.

X _____   X _____ Date: 9 / 8 / 11

Frank Hansen, President

# United States Bankruptcy Court

## Northern District of Illinois

In re   **Northpak Company**                                    ,   Case No. _____

                        Debtor                          Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Franck Hansen**<br>**27840 Concrete Dr.**<br>**Ingleside, IL 60041** | | | **100 shares of common stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**September 26, 2011**_____       Signature_**/s/ Franck Hansen**_____

                                               **Franck Hansen**
                                               **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

<u>   0</u>___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Northpak Company** _____    Case No. _____
                                      Debtor(s)    Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **100**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **September 26, 2011** _____    **/s/ Franck Hansen** _____
                                                     **Franck Hansen/President**
                                                     Signer/Title

ABF Freight System, Inc.
P.O. Box 778
Duncansville, PA 16635-0778

Adco
2170 Academy Avenue
Sanger, CA 93657

Air Sea Transport, Inc.
821 Busse Rd.
Elk Grove Village, IL 60007

American Health Kennels
4351 N.E. 11th Ave.
Pompano Beach, FL 33064

American Kitchen Delights
15320 Cooper Ave.
Harvey, IL 60426

Ammeraal Beltech, Inc.
7501 N. St. Louis Avenue
Skokie, IL 60076

Arpac LP
9511 West River Street
Schiller Park, IL 60176-1019

B.D. Briggs, Inc
31 Richboynton Rd
Dover, NJ 07801

BDI
8000 Hub Parkway
Cleveland, OH 44125

Becker Logistics
P.O. Box 88126
Carol Stream, IL 60188-0126

Becker Logistics
P.O. Box 88126
Carol Stream, IL 60188

BK Kremer, Inc.
1019 Valewood Road
Bartlett, IL 60103


Bohren's Moving & Storage Inc.
161 S.W. Port St. Lucie Blvd.
Port Saint Lucie, FL 34984-5081


Bradford Soap Works, Inc
PO Box 1007
West Warwick, RI 02893


BTE, Inc.
1240 Industrial Park Road
Columbia, TN 38401


C. H. Robinson Worldwide Inc
P. O. Box 9121
Minneapolis, MN 55480-9121


Campbell Wrapper Corp.
1415 Fortnue Ave.
De Pere, WI 54115


Carestream
150 Verona Street
Rochester, NY 14608


Champagne Logistics
323 Park Knoll Dr.
Morrisville, NC 27560


Chicago Suburban Express
P.O. Box 388568
Chicago, IL 60638


Christopher Koczwara
5832 S. Archer Ave.
Chicago, IL 60638


ComEd
P.O.Box 6111
Carol Stream, IL 60197-6111

ComEd
Bill Payment Center
Chicago, IL 60668


Command Transportation, LLC
2633 Paysphere Circle
Chicago, IL 60674


Conn's Potato Chip Co
767 Cliffwood Ave.
Zanesville, OH 43701


D & L Midwest Inc.
P.O. Box 256
Ringwood, IL 60072


Demar Logistics, Inc.
P.O. Box 88057
Carol Stream, IL 60188-8057


Dressler Peters LLC
111 W. Washington St., Suite 1900
Chicago, IL 60602


Duro-Chrome Industries, Inc.
275 Industrial Drive
Wauconda, IL 60084


Edgerton & Edgerton
125 Wood St.
P.O. Box 218
West Chicago, IL 60186-0218


Electrical South
P.O. Box 900013
Raleigh, NC 27675-9013


Emedco
39209 Treasury Center
Chicago, IL 60694-9200


Englewood Electrical Supply Co.
41 N. Lively Blvd.
Elk Grove Village, IL 60007

Envera
901 W. 11th Ave, Suite 1
Coatesville, PA 19320


Equipment Depot of Illinois
Department 6059
Carol Stream, IL 60122-6059


Evolution Packaging
2450 114th Street, Suite 290
Grand Prairie, TX 75050


F & F LABORATORIES, INC.
ATTN: BERNARD FOX
1360 N LAKE SHORE DR, UNIT 2209
CHICAGO, IL 60610


Five Star Freight Services
39 Darras Court
Brampton, Ontario L6T 1W7
Canada


Focalpoint Marketing Group, Inc.
4001 Clearwater Rd.
Saint Cloud, MN 56301


Foley & Lardner LLP
321 N. Clart Street, Suite 2800
Chicago, IL 60654-5313


Formost Fuji Corporation
P.O. Box 359
Woodinville, WA 98072-0359


Geiger Tool & Mfg. Co.
50 Liberty Street
Passaic, NJ 07055


Go Fast Foods
963 Hopely Ave
Bucyrus, OH 44820


Go To Logistics, Inc.
1215 Dunamon Dr.
Bartlett, IL 60103

Heat and Control, Inc.
21121 Cabot Blvd.
Hayward, CA 94545-1132

Home Free Treats
10 Industrial Dr. Unit 11
PO Box 491
Windham, NH 03087

Intermark Transport
P.O. Box 6898
Libertyville, IL 60048

Internal Revenue Service
Insolvency Division
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

J & D Lift Truck, Inc.
P.O. Box 605
Antioch, IL 60002

James M. Murray
816 Derbyshire Ln.
Prospect Heights, IL 60070

JMH International
3080 Pinebrook Rd.
Park City, UT 84098

Kennedy, Pierce & Strachan, LLP
668 N. Western Ave.
Lake Forest, IL 60045

Keystone Industries
P.O. Box 684
Winder, GA 30680

KRCMAR Corp/Alpha Cafe
5638 N. Marmora Ave.
Chicago, IL 60646


McMahan & Sigunick, Ltd.
412 S Wells St., Suite 6th Fl.
Chicago, IL 60607


McMaster-Carr Supply Co.
600 County Line Road
Elmhurst, IL 60126-2081


Moltan
7125 Riverdale Bend
Memphis, TN 38125


Motion Industries, Inc.
P. O. Box 98412
Chicago, IL 60693


Newark InOne
P.O. Box 94151
Palatine, IL 60094-4151


Nicor Gas
P.O. Box 416
Aurora, IL 60568


Nicor Gas
Attn: Bankruptcy Department
PO Box 190
Aurora, IL 60507


Nobu Nutritional Baking
13 E. Quindel Ave.
Schaumburg, IL 60193


Olsen's Packaging & Parts Inc
300 Bryant Lane
Woodbury, TN 37190


Pathfinder Logistics, Inc.
P.O. Box 55250
Portland, OR 97238-5250

PJKAT Logistics
15755 S. Springfield
Markham, IL 60428


Practical Process Solutions
PO Box 231
Funkstown, MD 21734


Ray & Glick, Ltd.
P.O. Box 400
Libertyville, IL 60048


Regal Health Food International
3705 W. Grand Ave.
Chicago, IL 60661


Robin L. Jindra
33 S. James Rd., Third Fl.
Columbus, OH 43213


Roger H. Simon
One Rotary Center
1560 Sherman Ave., Suite 301
Evanston, IL 60201


Schenker
1333 Mt. Prospect Rd.
Des Plaines, IL 60018


Schneider Corp.
P.O. Box 224
Lake Villa, IL 60046


Schwebel Baking Co
PO Box 6018
Youngstown, OH 44501


Schwebel Baking Company
965 E. Midlothian Blvd.
Youngstown, OH 44501


Sierra Neveda Cheese
6505 County Road 39
Willows, CA 95988

Sirius Machinery, Inc.
230 Industrial Parkway
Branchburg, NJ 08876


SPECTRUM BRANDS, INC.
C/O C T CORPORATION SYSTEM
208 SO LASALLE ST, SUITE 814
CHICAGO, IL 60604


Sterling Transport
Mitchell Machinery Moving Inc.
P. O. Box 1914
North Massapequa, NY 11758


Stork-Texwrap
P.O. Box 185
Washington, MO 63090


Sureway Transportation Company
NW 7130
P.O. Box 1450
Minneapolis, MN 55485-7130


SW Form Seal
4323 South Drive
Houston, TX 77053


Swanson Wiper
645 Leeward Ct.
W. Oshkosh, WI 54901


TCF Logistics
633 Division Street
Elizabeth, NJ 07201


Teller Levit & Silvertrust PC
11 East Adams St., Suite 800
Chicago, IL 60603


The Plitt Company
Dept 20-1108
PO Box 5940
Carol Stream, IL 60197-5940

Thiele Technologies, Inc.
315 27th Ave NE
Minneapolis, MN 55418


Towne Club Bottling
6400 East Mile 8 Road
Detroit, MI 48234


TransUnited Brokerage
705 N. Colonial Dr.
Hobart, IN 46342


U.S. Nonwovens Corp
100 Emjay Blvd.
Brentwood, NY 11717


UPS
UPS Lock Box 577
Carol Stream, IL 60132-0577


USF Holland
27052 Network Pl
Chicago, IL 60673-1270


Waukegan Steel Sales
1201 Belvedere Street
Waukegan, IL 60085


WDS, Inc.
300 Townpark Drive, Suite 150
Kennesaw, GA 30144


William T. Fleming
P.O. Box 125
Hobart, IN 46342


Winters Automation
127 Terra Firma Ln.
Volo, IL 60020


Yamato
6306 W. Eastwood Ct.
Mequon, WI 53092

Yummy Earth
38 E. Ridgewood Ave. #385
Ridgewood, NJ 07450


Zacherl, O'Malley & Endejan, S.C.
P.O. Box 1424
Fond Du Lac, WI 54936-1424


Zap Enterprises
48 Bristol Ave.
Rochester, NY 14617

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Northpak Company**

Debtor(s)

Case No.
Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Northpak Company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 26, 2011**

Date

**/s/ Xiaoming Wu ARDC No.**

**Xiaoming Wu ARDC No. 6274335**

Signature of Attorney or Litigant

Counsel for   **Northpak Company**

**LEDFORD & WU**
**200 S. Michigan Avenue, Suite 209**
**Chicago, IL 60604-2546**
**(312) 294-4400 Fax:(312) 294-4410**
**notice@ledfordwu.com**