IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIPT AND VERIFICATION

TO: PATRICK S. LAYNG, UNITED STATES TRUSTEE

CASE NAME: _Northpak Company_

CASE NO.: _11-39201_

I, _Franck Hanson_ DECLARE UNDER PENALTY OF PERJURY THAT I AM THE DULY AUTHORIZED REPRESENTATIVE OF THE DEBTOR IN POSSESSION DESIGNATED TO OPERATE THE BUSINESS OF _Northpak Co._, AND AS SUCH I HEREBY ACKNOWLEDGE RECEIPT FROM THE UNITED STATES TRUSTEE OF THE OPERATING INSTRUCTIONS AND REPORTING REQUIREMENTS. I HAVE READ AND UNDERSTAND THE INSTRUCTIONS AND AGREE TO COMPLY WITH THEM.

SIGNED: _[signature]_
DATED: _8-15-12_

I, _____, COUNSEL FOR THE DEBTOR IN POSSESSION, HAVE REVIEWED AND DISCUSSED THE OPERATING INSTRUCTIONS AND REPORTING REQUIREMENTS WITH THE SIGNATORY ABOVE.

SIGNED: _____
DATED: _____

EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Northpak Company    CASE NO. 11-39201

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending 3/1 TO 5/30, 20 12

BEGINNING BALANCE IN ALL ACCOUNTS    $ 1886.20

RECEIPTS:
1. Receipts from operations    $ 44,400 00
2. Other Receipts    $ 10,000 00

DISBURSEMENTS:
3. Net payroll: PEO
   a. Officers    $ 36,403 89
   b. Others    $

4. Taxes  } PEO
   a. Federal Income Taxes    $
   b. FICA withholdings    $
   c. Employee's withholdings    $
   d. Employer's FICA    $
   e. Federal Unemployment Taxes    $
   f. State Income Tax    $
   g. State Employee withholdings    $
   h. All other state taxes    $

5. Necessary expenses:
   a. Rent or mortgage payments(s)    $ 5500 51
   b. Utilities    $
   c. Insurance    $
   d. Merchandise bought for manufacture or sale    $ 4686 35
   e. Other necessary expenses (specify)
      ADMIN EXP    $ 3520 18
      SALES EXP    $ 3381 64

TOTAL DISBURSEMENTS    $ 53,492 57

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD    $ 907 43

ENDING BALANCE IN  5/3    $ 522 96
(Name of Bank)
ENDING BALANCE IN _____    $
(Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS    $ 522 96

OPERATING REPORT  Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Northpak Co    CASE NO.: 11-39201

RECEIPTS LISTING

FOR MONTH ENDING 3/1 to 5/30, 2012

Bank: 5/3

Location: Fox Lake, Il 60070

Account Name: Northpak Co.

Account No.: 723270 6791

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/5/12 | Lang | $29,000 |
| 3/20/12 | NCO | 3,400 |
| 4/11/12 | Data Services | 21,000 |
| 4/20/12 | F. Hansen | 5,000 |
| 4/20/12 | F. Hansen | 5,000 |

TOTAL: $54,400

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _Northpak_  CASE NO.: _11-39201_

## DISBURSEMENT LISTING

FOR MONTH ENDING _3-1 TO 5-30_, 20_12_

Bank: _5/3_

Location: _Fox Lake, IL_

Account Name: _Northpak Co._

Account No.: _7232706791_

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|

_please see attached schedule_

TOTAL: _____

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Northpak Co     CASE NO.: 11-39201

FOR MONTH ENDING 3-1 TO 5-30, 2012

## STATEMENT OF INVENTORY

Beginning inventory         $ 100,919.39

Add: purchases              $ —

Less: goods sold            $ 29710.00
(cost basis)

Ending inventory            $ 71209.39

## PAYROLL INFORMATION STATEMENT

Gross payroll for this period          $
                              P.E.O.
Payroll taxes due but unpaid           $

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| | | | | |

* Include only post-petition payments.

OPERATING REPORT Page 4

| Date | Amount | | Description | Balance |
|---|---|---|---|---|
| 03/20/12 | | | | |
| 03/19/12 | | | **** DAILY BALANCE **** | $5,595.33 |
| 03/19/12 | $71.32 | | DEBIT CARD PURCHASE AT THE FIRKIN, LIBERTYVILLE, IL ON 031712 FROM CARD#: XXXXXXXXXXXX6365 | |
| 03/19/12 | $6.45 | | DEBIT CARD PURCHASE AT UPS*0000Y9Y920, 800-811-1648, GA ON 031812 FROM CARD#: XXXXXXXXXXXX6365 | |
| 03/15/12 | | | **** DAILY BALANCE **** | $5,673.10 |
| 03/15/12 | $105.50 | | DEBIT CARD PURCHASE AT THORNTONS #310, VOLO, IL ON 031312 FROM CARD#: XXXXXXXXXXXX6365 | |
| 03/15/12 | $74.95 | | DEBIT CARD PURCHASE AT GROOT INDUSTRIES I, 07732421977, IL ON 031412 FROM CARD#: XXXXXXXXXXXX6365 | |
| 03/14/12 | | | **** DAILY BALANCE **** | $5,853.55 |
| 03/14/12 | $18.10 | | DEBIT CARD PURCHASE AT CDW DIRECT LLC, VERNON HILLS, IL ON 031412 FROM CARD#: XXXXXXXXXXXX6365 | |
| 03/14/12 | $6,904.02 | | OUTGOING WIRE TRANS 031412 | |
| 03/12/12 | | | **** DAILY BALANCE **** | $12,775.67 |
| 03/12/12 | $170.50 | | SERVICE CHARGE | |
| 03/12/12 | $152.08 | | DEBIT CARD PURCHASE AT MCMASTER-CARR, 630-8349600, IL ON 030912 FROM CARD#: XXXXXXXXXXXX6365 | |
| 03/12/12 | $125.00 | | DEBIT CARD PURCHASE AT PAYPAL *VRSTUTTE, 4029357733, CA ON 031012 FROM CARD#: XXXXXXXXXXXX6365 | |
| 03/12/12 | $1,000.00 | 112050 | ELECTRONIC IMAGE | |
| 03/08/12 | | | **** DAILY BALANCE **** | $14,223.25 |
| 03/08/12 | $13.13 | | DEBIT CARD PURCHASE AT SHELL OIL 57444173, MCHENRY, IL ON 030612 FROM CARD#: XXXXXXXXXXXX6365 | |
| 03/08/12 | $6,794.44 | | OUTGOING WIRE TRANS 030812 | |
| 03/06/12 | | | **** DAILY BALANCE **** | $21,030.82 |
| 03/06/12 | | $20,000.00 | DEPOSIT | |
| 03/05/12 | | | **** DAILY BALANCE **** | $1,030.82 |
| 03/05/12 | $79.69 | | RECURRING PURCHASE AT CTC*CONSTANTCONTAC, 866-2892101, MA ON 030412 FROM CARD#: XXXXXXXXXXXX6365 | |
| 03/01/12 | | | **** DAILY BALANCE **** | $1,110.51 |
| 03/01/12 | $775.69 | | WEB INITIATED PAYMENT AT COMCAST COMCAST 0450019094 030112 | |

Disclosure/Error Resolution

Contact Us | Service Center | Help | FAQs | Privacy & Security

# Account Activity

**Welcome, NORTHPAK COMPANY**
Thursday, July 5, 2012

Account Activity | Account Summary | Account Statements & Documents　　　　　Export
History

**Account:** Check / (X6791)

**Statement Period:** 4 Statements Prior　[Go]

**Posted Transactions**　(Check X6791)

Advanced Search:　Check Number [ ]　Keyword [ ]　[Go]

| Date | Debit(-) | Credit(+) | Check | Description | Balance | Action |
|---|---|---|---|---|---|---|
| 03/30/12 | | | | **** ANNUAL PERCENTAGE YIELD EARNED: 0.00% **** | | |
| 03/30/12 | | | | **** DAILY BALANCE **** | $3,327.65 | |
| 03/30/12 | $103.37 | | | DEBIT CARD PURCHASE AT MENARDS FOX LAKE, FOX LAKE, IL ON 032912 FROM CARD#: XXXXXXXXXXXX6365 | | |
| 03/30/12 | $544.00 | | 113057 | ELECTRONIC IMAGE | | |
| 03/29/12 | | | | **** DAILY BALANCE **** | $3,975.02 | |
| 03/29/12 | $79.83 | | | ATT Payment 359690001EPAYI 032912 | | |
| 03/27/12 | | | | **** DAILY BALANCE **** | $4,054.85 | |
| 03/27/12 | $818.00 | | 113052 | ELECTRONIC IMAGE | | |
| 03/26/12 | | | | **** DAILY BALANCE **** | $4,872.85 | |
| 03/26/12 | $354.00 | | 113054 | ELECTRONIC IMAGE | | |
| 03/23/12 | | | | **** DAILY BALANCE **** | $5,226.85 | |
| 03/23/12 | $1,540.63 | | | DEBIT CARD PURCHASE AT FILEMAKER,INC., 800-325-2747, CA ON 032312 FROM CARD#: XXXXXXXXXXXX6365 | | |
| 03/23/12 | $524.00 | | 113053 | ELECTRONIC IMAGE | | |
| 03/22/12 | | | | **** DAILY BALANCE **** | $7,291.48 | |
| 03/22/12 | $78.85 | | | DEBIT CARD PURCHASE AT MCMASTER-CARR, 630-8349600, IL ON 032012 FROM CARD#: XXXXXXXXXXXX6365 | | |
| 03/20/12 | | | | **** DAILY BALANCE **** | $7,370.33 | |
| 03/20/12 | | $3,400.00 | | DEPOSIT | | |

| Date | Amount | Check # | Description | Balance |
|---|---|---|---|---|
| 04/03/12 | $010.00 | | ELECTRONIC IMAGE | |
| 04/02/12 | | | DAILY BALANCE | $1,941.80 |
| 04/02/12 | $414.48 | | WEB INITIATED PAYMENT AT COMCAST COMCAST 0450019094 040212 | |
| 04/02/12 | $117.37 | | DEBIT CARD PURCHASE AT THORNTONS #310, VOLO, IL ON 033012 FROM CARD#: XXXXXXXXXXXX6365 | |
| 04/02/12 | $354.00 | 113058 | ELECTRONIC IMAGE | |
| 04/02/12 | $500.00 | 113055 | ELECTRONIC IMAGE | |



Disclosure/Error Resolution

Copyright © 2012 PNC Bank, Member FDIC. Equal Housing Lender. All rights reserved.
Contact Us | Service Center | Help | FAQs | Privacy & Security

| Date | Debit | Credit | Description | Balance |
|---|---|---|---|---|
| 04/23/12 | $230.88 | | DEBIT CARD PURCHASE AT MCMASTER-CARR, 630-8349000, IL ON 041912 FROM CARD#: XXXXXXXXXXXX6365 | |
| 04/20/12 | | | **** DAILY BALANCE **** | $5,103.57 |
| 04/20/12 | | $5,000.00 | DEPOSIT | |
| 04/19/12 | | | **** DAILY BALANCE **** | $103.57 |
| 04/19/12 | $49.19 | | DEBIT CARD PURCHASE AT MCMASTER-CARR, 630-8349600, IL ON 041712 FROM CARD#: XXXXXXXXXXXX6365 | |
| 04/19/12 | $7,181.62 | | OUTGOING WIRE TRANS 041912 | |
| 04/18/12 | | | **** DAILY BALANCE **** | $7,334.38 |
| 04/18/12 | $5,275.00 | | 113059 ELECTRONIC IMAGE | |
| 04/17/12 | | | **** DAILY BALANCE **** | $12,609.38 |
| 04/17/12 | $75.28 | | DEBIT CARD PURCHASE AT GROOT INDUSTRIES I, 07732421977, IL ON 041612 FROM CARD#: XXXXXXXXXXXX6365 | |
| 04/16/12 | | | **** DAILY BALANCE **** | $12,684.66 |
| 04/16/12 | $133.20 | | DEBIT CARD PURCHASE AT MCMASTER-CARR, 630-8349600, IL ON 041212 FROM CARD#: XXXXXXXXXXXX6365 | |
| 04/16/12 | $68.95 | | DEBIT CARD PURCHASE AT MCMASTER-CARR, 630-8349600, IL ON 041212 FROM CARD#: XXXXXXXXXXXX6365 | |
| 04/16/12 | $18.85 | | DEBIT CARD PURCHASE AT MCMASTER-CARR, 630-8349600, IL ON 041212 FROM CARD#: XXXXXXXXXXXX6365 | |
| 04/12/12 | | | **** DAILY BALANCE **** | $12,905.66 |
| 04/12/12 | $110.13 | | DEBIT CARD PURCHASE AT THORNTONS #310, VOLO, IL ON 041012 FROM CARD#: XXXXXXXXXXXX6365 | |
| 04/12/12 | $8,511.22 | | OUTGOING WIRE TRANS 041212 | |
| 04/11/12 | | | **** DAILY BALANCE **** | $21,527.01 |
| 04/11/12 | $67.00 | | SERVICE CHARGE | |
| 04/11/12 | | $21,000.00 | DEPOSIT  DATA Serv. | |
| 04/05/12 | | | **** DAILY BALANCE **** | $594.01 |
| 04/05/12 | $79.69 | | RECURRING PURCHASE AT CTC*CONSTANTCONTAC, 866-2892101, MA ON 040412 FROM CARD#: XXXXXXXXXXXX6365 | |
| 04/04/12 | | | **** DAILY BALANCE **** | $673.70 |
| 04/04/12 | $70.53 | | WEB INITIATED PAYMENT AT ATT Payment 682362001MYW9O 040412 | |
| 04/04/12 | $50.17 | | DEBIT CARD PURCHASE AT MENARDS FOX LAKE, FOX LAKE, IL ON 040312 FROM CARD#: XXXXXXXXXXXX6365 | |
| 04/03/12 | | | **** DAILY BALANCE **** | $794.40 |
| 04/03/12 | $329.40 | | DEBIT CARD PURCHASE AT NETSOURCE COMMUNIC, NAPERVILLE, IL ON 040212 FROM CARD#: XXXXXXXXXXXX6365 | |
| 04/03/12 | $818.00 | | ELECTRONIC IMAGE | |

# Account Activity

**Welcome, NORTHPAK COMPANY**
Thursday, July 5, 2012

Account Activity | Account Summary | Account Statements & Documents | Export History

**Account:** Check / (X6791)
**Statement Period:** 3 Statements Prior [Go]

**Posted Transactions** (Check X6791)

Advanced Search: Check Number ___ Keyword ___ [Go]

| Date | Debit(-) | Credit(+) | Check | Description | Balance | Action |
|---|---|---|---|---|---|---|
| 04/30/12 | | | | **** ANNUAL PERCENTAGE YIELD EARNED: 0.00% **** | | |
| 04/30/12 | | | | **** DAILY BALANCE **** | $1,728.79 | |
| 04/30/12 | | $0.90 | | DEBIT CARD RETURN AT Easy Savings Fuelm, Rebate, NY ON 042812 TO CARD#: XXXXXXXXXXXX6365 | | |
| 04/30/12 | $80.75 | | | ATT Payment 613348001EPAYM 043012 | | |
| 04/26/12 | | | | **** DAILY BALANCE **** | $1,808.64 | |
| 04/26/12 | | $5,000.00 | | INCOMING WIRE TRANS 042612 | | |
| 04/26/12 | $90.00 | | | DEBIT CARD PURCHASE AT SHELL OIL 57445180, FOX LAKE, IL ON 042412 FROM CARD#: XXXXXXXXXXXX6365 | | |
| 04/26/12 | $59.26 | | | DEBIT CARD PURCHASE AT MCMASTER-CARR, 630-8349600, IL ON 042412 FROM CARD#: XXXXXXXXXXXX6365 | | |
| 04/26/12 | $34.84 | | | DEBIT CARD PURCHASE AT INDEED, 203-487-2747, CT ON 042512 FROM CARD#: XXXXXXXXXXXX6365 | | |
| 04/26/12 | $7,012.59 | | | OUTGOING WIRE TRANS 042612 | | |
| 04/25/12 | | | | **** DAILY BALANCE **** | $4,005.33 | |
| 04/25/12 | $67.36 | | | DEBIT CARD PURCHASE AT MCMASTER-CARR, 630-8349600, IL ON 042312 FROM CARD#: XXXXXXXXXXXX6365 | | |
| 04/25/12 | $800.00 | | 113061 | ELECTRONIC IMAGE | | |
| 04/23/12 | | | | **** DAILY BALANCE **** | $4,872.69 | |
| 04/23/12 | $230.88 | | | DEBIT CARD PURCHASE AT MCMASTER-CARR, 630-8349600, IL ON 041912 FROM | | |

XXXXXXXXXXXX6365

| Date | Amount | Description | Daily Balance |
|---|---|---|---|
| 05/01/12 | | **** DAILY BALANCE **** | $1,270.22 |
| 05/01/12 | $458.57 | WEB INITIATED PAYMENT AT COMCAST COMCAST 0450019094 050112 | |

Disclosure/Error Resolution

Copyright © 2012, Fifth Third Bank, Member FDIC. Equal Housing Lender. All Rights Reserved.

Contact Us | Service Center | Help | FAQs | Privacy & Security

Contact Us    Service Center    Help    Privacy & Security    FAQs

# Account Activity

**Welcome, NORTHPAK COMPANY**
Thursday, July 5, 2012

Account Activity  |  Account Summary  |  Account Statements & Documents          Export
History

Account: Check / (X6791)

Statement Period: 2 Statements Prior    Go

**Posted Transactions**    (Check X6791)

Advanced Search:    Check Number [ ]    Keyword [ ]    Go

| Date | Debit(-) | Credit(+) | Check | Description | Balance | Action |
|---|---|---|---|---|---|---|
| 05/31/12 | | | | **** ANNUAL PERCENTAGE YIELD EARNED: 0.00% **** | | |
| 05/30/12 | | | | **** DAILY BALANCE **** | $522.96 | |
| 05/30/12 | $80.86 | | | ATT Payment 168198001EPAYS 053012 | | |
| 05/16/12 | | | | **** DAILY BALANCE **** | $603.82 | |
| 05/16/12 | $75.28 | | | DEBIT CARD PURCHASE AT GROOT INDUSTRIES I, 07732421977, IL ON 051512 FROM CARD#: XXXXXXXXXXXX6365 | | |
| 05/14/12 | | | | **** DAILY BALANCE **** | $679.10 | |
| 05/14/12 | $27.00 | | | DEBIT CARD PURCHASE AT PAYPAL *BELLAEWZ, 4029357733, CA ON 051312 FROM CARD#: XXXXXXXXXXXX6365 | | |
| 05/10/12 | | | | **** DAILY BALANCE **** | $706.10 | |
| 05/10/12 | $92.50 | | | SERVICE CHARGE | | |
| 05/07/12 | | | | **** DAILY BALANCE **** | $798.60 | |
| 05/07/12 | $79.69 | | | RECURRING PURCHASE AT CTC*CONSTANTCONTAC, 866-2892101, MA ON 050412 FROM CARD#: XXXXXXXXXXXX6365 | | |
| 05/03/12 | | | | **** DAILY BALANCE **** | $878.29 | |
| 05/03/12 | $25.00 | | | DEBIT CARD PURCHASE AT NETSOURCE COMMUNIC, NAPERVILLE, IL ON 050212 FROM CARD#: XXXXXXXXXXXX6365 | | |
| 05/02/12 | | | | **** DAILY BALANCE **** | $903.29 | |
| 05/02/12 | $366.93 | | | DEBIT CARD PURCHASE AT INDEED, 203-487-2747, CT ON 050212 FROM CARD#: | | |

4:50 PM
08/14/12
Cash Basis

# Northpak Company
# Profit and Loss Standa...
## March 1 through May 24, 2012

|  | Mar 1 - May 24, '12 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     AS IS MACHINE SALES | 23,400.00 |
|     RECONDITIONED MACHINE SALES | |
|       Reconditioned Machinery | 21,000.00 |
|     Total RECONDITIONED MACHINE S... | 21,000.00 |
|   **Total Income** | 44,400.00 |
|   **Cost of Goods Sold** | |
|     LABOR | 36,403.89 |
|     MACHINES PURCHASED | |
|       MACHINERY | |
|         Used Machinery | 1,222.19 |
|       Total MACHINERY | 1,222.19 |
|     Total MACHINES PURCHASED | 1,222.19 |
|     PARTS | |
|       MISC SHOP COSTS | |
|         Hired Contractors | 2,300.00 |
|       Total MISC SHOP COSTS | 2,300.00 |
|       PARTS - Other | 1,164.16 |
|     Total PARTS | 3,464.16 |
|   **Total COGS** | 41,090.24 |
| **Gross Profit** | 3,309.76 |
|   **Expense** | |
|     ADMINISTRATIVE COSTS | |
|       Miscellaneous | |
|         Miscellaneous - Other | 336.45 |
|       Total Miscellaneous | 336.45 |
|       Office Supplies | 1,558.73 |
|       L & P Fees | |
|         Legal | 1,625.00 |

<1>

|  | Mar 1 - May 24, '12 |
|---|---:|
| **Total L & P Fees** | 1,625.00 |
| **Total ADMINISTRATIVE COSTS** | 3,520.18 |
| **BUILDING** | |
|   Rent | 5,275.00 |
|   Waste Removal | 225.51 |
| **Total BUILDING** | 5,500.51 |
| **SALES COSTS** | |
|   Internet Service | 994.34 |
|   Telephone | 1,879.85 |
|   Travel/Entertainment | |
|     Travel/Entertainment - Other | 507.45 |
|   Total Travel/Entertainment | 507.45 |
| **Total SALES COSTS** | 3,381.64 |
| **Total Expense** | 12,402.33 |
| **Net Ordinary Income** | **(9,092.57)** |
| **Net Income** | **(9,092.57)** |